**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SPARKLE THOMPSON,
on behalf of J.W.,

       Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

Case No. 05-73525
Hon. Gerald E. Rosen
Magistrate Judge Steven D. Pepe

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    September 28, 2007   

PRESENT: Honorable Gerald E. Rosen
               United States District Judge

On April 30, 2007, Magistrate Judge Steven D. Pepe issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Sparkle Thompson's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment. Plaintiff has not filed any objections to the R & R. Having reviewed the parties' cross-motions, the R & R, and the other materials in the record, the Court agrees with the thorough analysis of the Magistrate Judge, and adopts the R & R in its entirety. Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's

April 30, 2007 report and recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's motion for summary judgment is DENIED, and that Defendant's motion for summary judgment is GRANTED.

                                        s/Gerald E. Rosen
                                        Gerald E. Rosen
                                        United States District Judge

Dated: September 28, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 2007, by electronic and/or ordinary mail.

                                        s/LaShawn R. Saulsberry
                                        Case Manager